**Johnnie W. HARRIS, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 03–3071.

United States Court of Appeals, Federal Circuit.

July 9, 2003.

*ORDER*

On June 3, 2003, the court issued an order allowing 21 days for Johnnie W. Harris ("Harris") to notify the court whether he has dismissed his petition for review before the Merit Systems Protection Board. Harris has failed to respond within the time allowed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is hereby dismissed.

(2) Each party shall bear its own costs.